### STATEMENT OF FACTS

On July 19, 2025, at approximately 3:15 pm, Officers Chase Williams, Michael Webber, and Martha Perez-Parada, were patrolling in a marked scout cruiser, dressed in full uniform.

While traveling through the unit block of P Street, NE, Washington, D.C. the undersigned officers saw Sidney Johnson (hereinafter "the Defendant") conceal the left side of his body from their view and attempt to take cover behind an unidentified female at the same location. Officer Williams got out of his vehicle to speak with the defendant. After briefly speaking with Officer Williams, the defendant, who was sitting on a rental e-bike, immediately got off the bike and began to quickly walk away from Officer Williams. Officer Williams asked the defendant to stop so that he could speak with the defendant, but the defendant refused to comply with Officer Williams' request and continued to briskly walk away, clutching the left side of his body, while his right arm moved freely. Officer Williams asked the defendant to stop a number of times, due to the defendant exhibiting behavior consistent with that of an armed suspect. The defendant refused to comply with Officer Williams' request and broke out into a full-on sprint, fleeing northbound in the 1200 block of North Capital Street, NE, Washington, D.C.

During the pursuit, the defendant passed through the parking lot at 2 Florida Avenue, NE, Washington, D.C. While in the parking lot, Officer Williams saw the defendant drop a firearm and continue to run away. Seconds after Officer Williams saw the defendant drop a firearm, Officer Williams immediately picked up the discarded firearm to ensure scene safety and continued to chase the defendant. The defendant was ultimately arrested in the unit block of Q Street, NE, Washington, D.C.

A search incident to arrest revealed Defendant Johnson possessed 18 individually manufactured sealed packages of Buprenorphine Naloxone, a Schedule III controlled substance, which was not prescribed to him. Thus, making it unlawful for the defendant to possess. The quantity found suggests possession with intent to distribute rather than personal use.

The recovered firearm was a black Taurus 9 mm G3 semi-automatic pistol (S/N ABE618239), loaded with one round in the chamber and contained eight rounds in a 15-round capacity magazine, The firearm was fully operational, designed to discharge a projectile through explosive force, intended for single-hand use, and had a barrel length under 12 inches. *See* Figures

1-3, below. An WALES/NCIC query confirmed the recovered handgun was reported stolen from Fairfax County.



**Figure 1: Black Taurus 9 mm G3 Semi-automatic pistol (S/N ABE618239)**



**Figure 2: Eight Rounds in a 15-Round Capacity Magazine**



**Figure 3: 15-Round Capacity Magazine Found Inside Black Taurus 9 mm G3 Semi-automatic pistol (S/N ABE618239)**

Your affiant is aware that there are no firearms or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above traveled in interstate commerce before they were recovered in the District of Columbia.

A criminal history check revealed that the defendant was convicted of Attempt to Commit Robbery on September 28, 2018, in D.C. Superior Court case 2017-CF3-011631, resulting in a 12-month sentence. On June 20, 2025, the defendant was also convicted of Possession of a Sawed-Off gun in Fairfax County, VA in case number FE-2024-0000471, and given a 3-year suspended sentence. As such, the defendant was aware that he had been previously convicted of crimes that were punishable by more than a year. This conviction also made the defendant ineligible to have a concealed pistol carry permit in the District of Columbia. A check of the D.C. Gun Registry Database revealed the defendant was not licensed to possess a firearm in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Sidney Johnson with a violation of: (1) 18 U.S.C. § 922(g)(1) (Unlawful Possession of Ammunition by a Person

Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year); and (2) 21

U.S.C. § 841(b)(1)(E)(i) (Possession with Intent to Distribute a Controlled Substance).

_____
Officer Chase Williams (5424)
Metropolitan Police Department

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 23rd day of July 2025.*

_____
HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE